# EXHIBIT 2



# Discussion and Approval of Supplemental Amount for ProcturU, Inc. dba Meazure Learning for Live, Remote Proctoring and Test Center Services (Bar Exam, First-Year Law Students' Exam, and Legal Specialization Exam Administrations in 2025 and Discussion of Alternatives for Administration of These Exams

Leah T. Wilson, Executive Director
Bridget Gramme, Special Counsel, Division of Consumer Protection, Admissions, Access & Inclusion

Contracts Committee and Board Executive Committee Meeting, February 3, 2025



# Meazure Learning

**CURRENT CONTRACT**
**2025 MASTER SERVICES AGREEMENT**
**$4.1M NOT TO EXCEED APPROVED BY BOT SEPTEMBER 2024**

**BREAKDOWN**
**NOT REFLECTED IN MSA**

| FEBRUARY | $1.7M |
| JULY | $2.4M* |

*State Bar requirements added post-MSA approval increased cost of July exam to $2.8M



# Meazure Learning

**FACTORS IMPACTING NEEDED FUTURE AMENDMENT TO OVERALL NOT TO EXCEED AUTHORITY**

A. Increased registration, February (+1,000 to 1,200)
   1. $600,000: Offset by fees
B. Testing accommodations, February and July
   1. $560,000
C. 2-day July administration
   1. $1.1M
D. Bar Exam Experiment, phase 2
   1. $555,000: $360,000 offset by grant
E. First-Year Law Students' Exam
   1. $35,000


The State Bar of California



# Meazure Learning

**FACTORS IMPACTING COST AND COMPLEXITY OF EXAM ADMINISTRATION**

A. Two-day, all day exam
B. Limited question bank + policy = test is not delivered multiple times throughout the year
C. Concerns about exam integrity limit available start window
D. Interactivity with PDF workbook required for one portion of exam
E. Statutory and rule requirements limit ability to timely finalize total enrollment numbers



The State Bar *of California*

# Site Capacity Challenges: February

**WHAT WE KNOW**
- Approximately 1,000 (22%) additional applicants
  - 5,500 vs 4,500
- 65% remote (3700 max)
  - % holds true for TA applicants
    - Less than 7% required to test in-person
- 35% in-person (appx 1,800)

**DISTANCE TO TEST**
- 30% of non-TA applicants w/in 25 miles of sites
- 73% of non-TA applicants w/in 50 miles
- 27% beyond
  - Of these, ½ are out of state
  - 14% of total non-TA (250) in CA and beyond 50 miles

**IN-PERSON SITES**
Non-TA applicants assigned to 4 sites:
- Sacramento
- South San Francisco
- Ontario
- Chula Vista

TA applicants:
- Multiple sites throughout California



# Site/Capacity Challenges

**FEBRUARY**
A. 20+% increase in # of test takers
B. Difficulty finalizing numbers due to external requirements
C. CBE decision to test only in PT or MT
   1. Out-of-state test centers limited
D. Maximum 4-hour start window
E. Max capacity for remote, 3,700
F. Test timing
   1. End of the month busiest for Meazure
G. Cost constraints

**JULY**
A. Difficulty finalizing numbers due to external requirements
B. CBE decision to test only in PT or MT
C. Maximum 4-hour start window
D. Max capacity for remote, 3,700
E. Test timing
   1. End of July busiest for Meazure
F. Cost constraints
G. Increased # of test takers, unknown

**FEBRUARY**
A. 65% remote
   1. Majority of in-person non-TA in 4 sites
      - Sacramento
      - South San Francisco
      - Ontario
      - Chula Vista
   2. Travel costs and time of concern

**JULY**
A. Potentially limited to 40% remote
   1. Same as above
   2. Increased concern due to increased # of in-person test takers

**OPTIONS FOR ADDRESSING**

- Do nothing
- Secure additional sites     ($)
- Increase remote capacity ($)
- Provide travel stipends     ($)

**2026 and Beyond**
Move dates and revisit multiday testing; explore other vendors



# July 2025 Bar Exam

**CURRENT MSA & POTENTIAL AMENDS**

A. MSA pricing assumes a 4-day administration
  1. Unlikely to be approved
B. Increased cost to transition to 2-day
  1. Original increase: $3.4M
     ($5.8M total)
  2. Current increase: $1.1M
     ($3.5M total)
     - Compare to $2.4M assumed in MSA pricing

**OPTIONS**

A. State Bar/Meazure Hybrid
   State Bar secures facilities: $3.9M
B. 2-Day Competitor
   $3.5M
C. Meazure + Additional Sites or Increased Remote Capacity: TBD

**PARALLEL COST JULY, STATUS QUO**
$4.8M to $5M

The State Bar *of California*

# Today

**DISCUSSION AND DIRECTION**
**NO FORMAL ACTION REQUIRED**

A. Not to Exceed Authority Sufficient
   1. February exam
B. Outstanding February Issues
   1. Sites
C. Amendment to NTE Needed for July
   1. 2-Day Administration
   2. Remote Capacity
   3. Site Options


The State Bar of California