NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

FARUQI & FARQUI, LLP
Lisa T. Omoto (State Bar No. 303830)
lomoto@faruqilaw.com
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Tel: (424) 256-2884
Fax: (424) 256-2885

ATTORNEY(S) FOR: Plaintiff Katrina McDowell

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KATRINA MCDOWELL, individually and on behalf of all others similarly situated, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:25-cv-00705 |
| v. | |
| PROCTORU, INC. D/B/A MEAZURE LEARNING, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___ Plaintiff Katrina McDowell ___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Katrina McDowell | Plaintiff |
| ProctorU, Inc. d/b/a Meazure Learning | Defendant |
| Putative class members | Absent Class Members |

March 18, 2025
Date

/s/ Lisa T. Omoto
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Katrina McDowell