**FARUQI & FARUQI, LLP**
Lisa T. Omoto (State Bar No. 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA MCDOWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROCTORU, INC. D/B/A MEAZURE LEARNING<br><br>Defendant. | Case No. 5:25-cv-00705<br><br>**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>**[Local Rule 83-1.4]** |

PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

Pursuant to Local Rule 83-1.4, Plaintiff Katrina McDowell submits this Notice of Pendency of Other Actions and hereby provides notice of the pending actions in the United States District Court for the Northern District of California:

- *Perjanik v. ProctorU, Inc.*, Case No. 4:25-cv-02095, filed on or about February 27, 2025.
- *A.M. v. ProctorU, Inc.* Case No. 4:25-cv-01297, filed on or about March 3, 2025.

Both of these actions are pending before Judge Jon S. Tigar. These cases all relate to technical malfunctions surrounding ProctorU's administration of the February 2025 California Bar Exam.

Counsel for Plaintiffs Laura Perjanik, Samuel McClain, and Victoria Tulsida: Annick Marie Persinger, Tycko & Zavareei LLP, 1970 Broadway – Suite 1070, Oakland, CA 94612. Telephone: (510) 254-6808. Email: apersinger@tzlegal.com.

Counsel for Plaintiff Trisha A.M.: Joseph G. Sauder, Sauder Schelkopf LLC, 1109 Lancaster Avenue, Berwyn, PA 19312. Telephone: (610) 200-0581. Email: jgs@sstriallawyers.com.

Additional Counsel for Plaintiff Trisha A.M.: Alison Marie Bernal, Nye Stirling Hale & Miller, 33 West Mission Street, Suite 201, Santa Barbara, CA 93101. Telephone: (805) 963-2345. Email: alison@nshmlaw.com.

Counsel for Defendant ProctorU: Emma Leheny, Potomac Law Group, 1255 Treat Boulevard, Suite 300, Walnut Creek, CA 94597. Telephone: (202) 670-1094. Email: eleheny@potomaclaw.com.

Additional Counsel for Defendant ProctorU: Christopher J. Esbrook, Stephen R. Brown, Laura Newcomer Cohen, Esbrook P.C., 321 North Clark Street, Suite 1930, Chicago, IL 60654. Telephones: (312) 319-7681; (312) 319-7686; (312) 319-7680. Emails: Christopher.esbrook@esbrooklaw.com;

Stephen.brown@esbrooklaw.com; Laura.cohen@esbrooklaw.com.

Date: April 8, 2025  Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ Lisa T. Omoto*
Lisa T. Omoto (SBN 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885