**Potomac Law Group, PLLC**
Emma Leheny (Cal. Bar. No. 196167)
eleheny@potomaclaw.com
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel: (202) 670-1094
Fax: (202) 318-7707

*Counsel for ProctorU, Inc. d/b/a Meazure Learning*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA MCDOWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROCTORU, INC. d/b/a MEAZURE LEARNING,<br><br>Defendant. | Case No. 5:25-cv-00705<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: March 17, 2025<br><br>Current Response Date: April 9, 2025<br>New Response Date: April 18, 2025 |

WHEREAS, on March 17, 2025, Plaintiffs filed their putative class action complaint (ECF 1) against Defendant, ProctorU, Inc. d/b/a Measure Learning ("Meazure Learning");

WHEREAS, Defendant's response to the Complaint is due on April 9, 2025;

WHEREAS, the parties agree to extend the deadline for Defendant to Answer or otherwise respond to the Complaint by 9 days.

NOW, THERFORE, the parties stipulate as follows:

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. 5:25-cv-00705
1

1. The deadline for Defendant to Answer or otherwise respond to the Complaint will be extended to April 18, 2025.

Dated: April 9, 2025

*/s/ Lisa T. Omoto*
Lisa T. Omoto (Cal. Bar No. 303830)
Faruqi & Faruqi, LLP
1901 Avenue of the Stars
Suite 1060
Los Angeles, California 90067
Tel: (424) 256-2884
Fax: (424) 256-2885
lomoto@faruqilaw.com

*Attorneys for Plaintiff*

*/s/ Emma Leheny*
Emma Leheny (Cal. Bar. No. 196167)
**Potomac Law Group, PLLC**
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
1717 Pennsylvania Avenue, NW,
Suite 1025
Washington, DC 20006
Tel: (202) 670-1094
Fax: (202) 318-7707
eleheny@potomaclaw.com

*Counsel for Defendant ProctorU, Inc. d/b/a Meazure Learning*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record who have appeared in this case on behalf of the parties will receive the Court's notification of electronic filing.

*/s/ Emma Leheny*
Emma Leheny (Cal. Bar. No. 196167)