**Potomac Law Group, PLLC**
Emma Leheny (Cal. Bar. No. 196167)
eleheny@potomaclaw.com
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
Phone: (202) 670-1094
Fax:   (202) 318-7707

Counsel for *ProctorU, Inc. d/b/a Meazure Learning*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA MCDOWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROCTORU, INC. d/b/a MEAZURE LEARNING,<br><br>Defendant. | Case No. 5:25-cv-00705<br><br>**PROCTORU, INC.'S NOTICE OF MOTION AND MOTION TO STAY OR TRANSFER UNDER THE FIRST-TO-FILE RULE**<br><br>Date: May 15, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Complaint Filed: March 17, 2025 |

TO PLAINTIFF KATRINA MCDOWELL AND HER ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on May 15, 2025, at 8:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 350 West 1st Street, Los Angeles, CA 90012, in the courtroom of Judge George H. Wu, Defendant ProctorU, Inc. d/b/a Meazure Learning will and hereby does move the Court to stay this action pending the resolution of *Laura Perjanik, et al. v. ProctorU, Inc. d/b/a Meazure Learning*, No. 4:25-cv-2095-JST (N.D. Cal.) and *Trisha A.M. v.*

1
PROCTORU, INC.'S NOTICE OF MOTION AND MOTION TO STAY OR TRANSFER UNDER THE FIRST-TO-FILE RULE

*ProctorU, Inc. d/b/a Meazure Learning*, No. 4:25-cv-02197 (N.D. Cal.), or in the alternative transfer this action to the Northern District of California. This motion is brought on the grounds that under the first-to-file rule, a stay is warranted because two other putative class actions are materially identical to this action and were filed first in the Northern District of California. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on April 8, 2025.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings and papers on file herein, and upon such other evidence or argument as may be presented to the Court at the time of the hearing.

Dated: April 15, 2025

    */s/ Emma Leheny*
Emma Leheny (Cal. Bar. No. 196167)
Potomac Law Group, PLLC
eleheny@potomaclaw.com
1717 Pennsylvania Ave., NW, Ste. 1025
Washington, D.C. 20006
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
Phone: (202) 670-1094
Fax:   (202) 318-7707

*Counsel for Defendant ProctorU, Inc. d/b/a Meazure Learning*